# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FADI AL MAQALAH, et al.,** ) | |
| ) | |
| Petitioners, ) | |
| ) | **Civil Action No. 06-1669** |
| v. ) | |
| ) | |
| **ROBERT GATES, et al.,** ) | |
| ) | |
| Respondents. ) | |
| ————————————————) | |
| ) | |
| **HAJI WAZIR, et al.,** ) | |
| ) | |
| Petitioners, ) | |
| ) | **Civil Action No. 06-1697** |
| v. ) | |
| ) | |
| **ROBERT GATES, et al.,** ) | |
| ) | |
| Respondents. ) | |
| ————————————————) | |
| ) | |
| **AMIN AL BAKRI, et al.,** ) | |
| ) | |
| Petitioners, ) | |
| ) | **Civil Action No. 08-1307** |
| v. ) | |
| ) | |
| **GEORGE W. BUSH, et al.,** ) | |
| ) | |
| Respondents. ) | |
| ————————————————) | |
| ) | |
| **REDHA AL-NAJAR, et al.,** ) | |
| ) | |
| Petitioners, ) | |
| ) | **Civil Action No. 08-2143** |
| v. ) | |
| ) | |
| **ROBERT GATES, et al.,** ) | |
| ) | |
| Respondents. ) | |
| ————————————————) | |

## ORDER

Upon consideration of the parties' memoranda in these cases, argument at the motions hearing on this date, and the entire record herein, it is hereby **ORDERED** that respondents shall file with the Court, by not later than January 16, 2009, up-to-date information regarding: (1) the number of detainees held at Bagram Air Base; (2) the number of Bagram detainees who were captured outside Afghanistan; and (3) the number of Bagram detainees who are Afghan citizens. If any of this information is classified, or if respondents decide for other reasons to file this information under seal, they shall do so by not later than January 16, 2009.

**SO ORDERED.**

/s/

John D. Bates
United States District Judge

Dated: January 7, 2009